November 19, 1968.

M. P. No. 588. FRANCIS J. MAGUIRE, *Trustee v.* DIRECTOR OF PUBLIC WORKS. Certiorari granted. *Francis J. Maguire,* plaintiff-appellee, pro se. *Everett C. Samartino,* Chief Counsel, Office of Special Counsel, for defendant-appellant.

M. P. No. 599. PATRICK REYNAUD AND HELIANE REYNAUD *v.* LYDIA BRAGGER, *Executrix.* Certiorari denied, and Order for stay in Superior Court proceedings vacated. *Alfred Factor,* for plaintiffs. *Orton & Lynch, John D. Lynch,* for defendant.

APPEAL No. 432. JAMES WELCH *v.* LEEDON WEBBING Co. Appellee's motion to dismiss appeal granted without prejudice. *Earl F. Pasbach,* for appellant. *Jordan, Hanson & Curran, E. Howland Bowen,* for appellee.

November 26, 1968.

M. P. No. 592. ANNIE DE PONTES *v.* ZONING BOARD OF REVIEW OF BRISTOL, JOHN P. LIGERIO, *Chairman,* RALPH H. LAVERS, FRANK MISERANDINO, OLIVER J. BUTTS, ANGELO POZZI, PAUL CAROMILE. Mandamus denied. *Robert L. DeCosta,* for petitioner. *Ralph C. DeLuca,* Town Solicitor, *Anthony R. Berretto,* attorney for Objectors Adam J. Iervolino and Robert H. Zexter, for respondents.

M. P. No. 595. ECRO CORP., ATLANTIC RICHFIELD CO., AND WILLIAM WOLFSON *v.* JOHN W. SANFORD, JOHN ROSE, HARRY BARBOZA, ALVIN LITCHFIELD, JOSEPH W. SOUZA, ALTON CHACE, AND MICHAEL CARREIRA, *Members of Town Council.* Motion to file mandamus granted, alternative writ to issue forthwith. *Letts & Quinn, Richard F. Canning, Jerome B. Spunt,* for petitioners. *Sheffield & Harvey, Ray H. Durfee,* Solicitor for Town of Tiverton, for respondents.

December 2, 1968.

C. Q. No. 649. STATE *ex rel* LOUIS B. FOUCHECOURT *v.* STEPHEN A. ADAMS. Motion of Court to dismiss appeal for lack of